Howard Ross Cabot (# 006669)
Rusty D. Crandell (# 026224)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Post Office Box 400
Phoenix, Arizona 85001-0400
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
HCabot@perkinscoie.com
RCrandell@perkinscoie.com

*Attorneys for Plaintiff*
*Validus Holdings, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Validus Holdings, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> Musa Kiana; Validus Re Ltd.; Julian Hargreaves; validus.co, an internet domain name; validusre.co, an internet domain name; validusholdings.co, an internet domain name; validusresearch.co, an internet domain name; validusurs.co, an internet domain name; talbotuw.co, an internet domain name; undriskserv.co, an internet domain name; alphacatre.co, an internet domain name; alphacatfund.co, an internet domain name; ursl.co, an internet domain name; and underwritingriskservices.co, an internet domain name, <br><br> Defendants, <br><br> and <br><br> GoDaddy.com, Inc., <br><br> Nominal Defendant. | No. 2:11-cv-02030-SRB <br><br> **DECLARATION OF COUNSEL HOWARD ROSS CABOT IN SUPPORT OF VALIDUS HOLDINGS, LTD.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER, MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO SET A HEARING ON MOTION FOR A PRELIMINARY INJUNCTION** |

I, Howard Ross Cabot, hereby declare:

1. I am a partner with the law firm of Perkins Coie LLP, and I am one of the attorneys representing Validus Holdings, Ltd. ("Validus") in this matter. I make this declaration based on my own personal knowledge and information derived from firm records maintained in connection with this matter.

2. Attached as Exhibit A is a true and correct copy of an October 18, 2011 letter (excluding enclosures) I sent to Nominal Defendant GoDaddy.com, Inc. ("GoDaddy") by email, fax, and hand delivery which attached the Verified Complaint (including exhibits), Corporate Disclosure Statement, and Summons. Among other things, the letter attached as Exhibit A requested that GoDaddy comply with 15 U.S.C. § 1125(d)(2)(D) and informed GoDaddy that during the morning of Friday, October 21, 2011, Validus would file an Application for Temporary Restraining Order and Motion for Preliminary Injunction. GoDaddy is the registrar of the 11 domain names at issue in this case—validus.co, validusre.co, validusholdings.co, validusresearch.co, validusurs.co, talbotuw.co, undriskserv.co, alphacatre.co, alphacatfund.co, ursl.co, and underwritingriskservices.co (the "Domain Name Defendants").

3. In response to the letter attached as Exhibit A, GoDaddy signed the Registrar Certificate attached to the Notice of Filing Nominal Defendant GoDaddy.com, Inc.'s Registrar Certificate (Doc. 10). In the Registrar Certificate, GoDaddy certified that (1) the Domain Name Defendants are "under the dominion and control" of this Court for the purpose of the disposition of the registration and use of the Domain Name Defendants; (2) the Domain Name Defendants have been placed "on registrar lock, thus preventing the [Domain Name Defendants] from being transferred, modified or otherwise managed or manipulated"; and (3) it "will not modify the status of the [Domain Name Defendants] unless and until instructed to do so by Order" of this Court.

4.      Attached as Exhibit B is an October 20, 2011 email to me from Nima Kelly, Deputy General Counsel for GoDaddy. In the email, Mrs. Kelly confirmed that the actions taken by GoDaddy set forth in Paragraph 3 above have **not** disabled any email services that may be associated with the Domain Name Defendants. Mrs. Kelly also confirmed that GoDaddy is aware a temporary restraining order hearing is anticipated for Friday, October 21, 2011, but that GoDaddy would not be sending a representative to the hearing. GoDaddy takes no position in this matter.

5.      On October 19, 2011, the Verified Complaint (including exhibits), Corporate Disclosure Statement, and Summonses were sent to Defendants Musa Kiana, Validus Re Ltd., and Julian Hargreaves (the "Registrant Defendants") and the Domain Name Defendants at the postal and email addresses provided to GoDaddy, consistent with the notice provisions in 15 U.S.C. § 1125(d)(2)(A)(ii) & (B).

6.      Attached as Exhibit C are true and correct copies of the Federal Express shipping labels for the Priority Overnight and International Priority shipments to the Registrant Defendants and Domain Name Defendants of the Verified Complaint (including exhibits), Corporate Disclosure Statement, and Summonses (as appropriate for each Defendant).

7.      Attached as Exhibit D is a true and correct copy of an October 19, 2011 email (excluding attachments) sent from Rusty D. Crandell, an attorney at Perkins Coie LLP, to the Registrant Defendants and the Domain Name Defendants which attached the Verified Complaint (including exhibits), Corporate Disclosure Statement, and Summonses. This email informed the Registrant Defendants and the Domain Name Defendants that Validus would file an Application for Temporary Restraining Order and Motion for Preliminary Injunction on Friday, October 21 at 9:30 a.m. (Arizona Time).

1  8. Attached as Exhibit E is a true and correct copy of an October 19, 2011 email that Defendant Musa Kiana sent to Mr. Crandell in response to the email attached as Exhibit D, indicating that Defendant Kiana received Mr. Crandell's transmission.

9. In telephone and email exchanges, Mr. Kiana declined to agree to the entry of the temporary and preliminary injunctive relief requested in the Verified Complaint.

10. Attached as Exhibit F is a true and correct copy of an October 20, 2011 email (excluding attachments) which Mr. Crandell sent to Mr. Kiana attaching a draft of Validus's Application for Temporary Restraining Order, Motion for Preliminary Injunction and Motion to Set a Hearing on Motion for a Preliminary Injunction, along with draft proposed orders. Mr. Crandell's email informed Mr. Kiana that Validus planned to file the documents on Friday.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Phoenix, Arizona on October 21, 2011.

.

*/s/  Howard Ross Cabot*
Howard Ross Cabot